# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 96 MM 2015 |
| | : |
| Respondent | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DONALD WASHINGTON, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 27th day of August, 2015, the Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.